**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 96-20510
Summary Calendar
_____

SHERWOOD CRYER,

Plaintiff-Appellant,

VERSUS

THE PASADENA, TEXAS POLICE DEPT., ET AL,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(CA-H-95-5742)
_____
January 22, 1997

Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:*

The appellant, Sherwood Cryer, challenges the district court's
order staying plaintiff's § 1983 suit pending the outcome of a
state probate proceeding.  We agree with the district court that
the ownership and right to possession of the property plaintiff
alleges the defendant "raided" are issues that are central to
plaintiff's action.  Under these circumstances, the district court
did not abuse its discretion in staying this proceeding until the

---

*Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

pending probate proceeding is determined.  See Colorado River Water Conservation District v. United States, 424 U.S. 800, 818 (1976) and Allen v. Louisiana State Board of Dentistry, 835 F.2d 100, 104 (5th Cir. 1988).

AFFIRMED.